UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>JOHN BERNARD HART,<br><br>   Defendant. | Case No.  CR03-493L<br><br>ORDER DENYING MOTION TO MODIFY CONDITIONS OF SUPERVISED RELEASE |

This matter comes before the Court on defendant's motion to modify conditions of his supervised release (Dkt. # 326).  Defendant asks this Court to reduce the length of his electronic home monitoring because his electronic monitoring system was not installed in a timely manner. Although there may have been some delay in installing the system, such delay is not unusual and, more importantly, does not conflict with terms of defendant's sentence.  Accordingly, defendant's motion is DENIED.

DATED this 8th day of April, 2005.

/s/ Robert S. Lasnik
Robert S. Lasnik
United States District Judge

ORDER DENYING MOTION TO MODIFY
CONDITIONS OF SUPERVISED RELEASE