1

2

3

4

5

6

7

8

9

10

11

12

13

14

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

       Plaintiff,

    v.

JOHN BERNARD HART,

       Defendant.

Case No.  CR03-493L

ORDER DENYING MOTION TO
MODIFY CONDITIONS OF
SUPERVISED RELEASE

15      This matter comes before the Court on defendant's motion to modify conditions of his

16 supervised release (Dkt. # 326).  Defendant asks this Court to reduce the length of his electronic

17 home monitoring because his electronic monitoring system was not installed in a timely manner.

18 Although there may have been some delay in installing the system, such delay is not unusual

19 and, more importantly, does not conflict with terms of defendant's sentence.  Accordingly,

20 defendant's motion is DENIED.

21

22      DATED this 8th day of April, 2005.

23

24

25                        Robert S. Lasnik

26                        United States District Judge

ORDER DENYING MOTION TO MODIFY
CONDITIONS OF SUPERVISED RELEASE